1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  | SAMOL SAM OM,                          | No. 2:17-cv-1912 AC P
12  |        Petitioner,                     |
13  |   v.                                   | ORDER
14  | JOEL MARTINEZ,                         |
15  |        Respondent.                     |
16

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, while petitioner has filed a certified copy of his prison trust account statement, presumably to demonstrate his inability to afford the costs of suit, the statement was not accompanied by an in forma pauperis application. See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to provide an application in support of his request to proceed in forma pauperis. Because the trust account statement petitioner filed already includes the information provided by correctional staff in the certificate portion of the application, petitioner does not need to have correctional staff complete that part of the application form.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a completed application in support of his request to proceed in forma pauperis. Failure to comply with this

1

order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

IT IS SO ORDERED.

DATED: September 18, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE