UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMOL SAM OM, | No. 2:17-cv-1912 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| JOEL MARTINEZ, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a request for status in which he states he submitted a traverse fifteen months ago. ECF No. 18. However, it does not appear that the court received a copy of petitioner's traverse.

Accordingly, IT IS HEREBY ORDERED that petitioner may resubmit a copy of his traverse within twenty-one days of the service of this order.

DATED: August 14, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE