UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMOL SAM OM,<br><br>            Petitioner,<br><br>     v.<br><br>JOEL MARTINEZ,<br><br>            Respondent. | No. 2:17-cv-1912 MCE AC P<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has requested to withdraw his pending petition for writ of habeas corpus. ECF No. 22. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: December 20, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1